```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 08-mj-0243 EFB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING PRELIMINARY HEARING |
| ) | AND EXCLUDING TIME |
| JESUS GONZALEZ-OCHOA, and ) | |
| MARIA GONZALEZ-OCHOA, ) | |
| Defendants. ) | |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Jesus GONZALEZ-OCHOA, by and through his counsel John Virga, Esq., and defendant Maria GONZALEZ-OCHOA, by and through her counsel Ronald Peters, Esq., and that good cause exists to extend the preliminary hearing currently set for November 17, 2008, at 2:00 p.m. to January 9, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are engaged in talks

1 regarding a pre-indictment resolution of the case against both
2 defendants.  In addition, the government has turned over a CD
3 containing over 1,000 pages of discovery, including bank records.
4 As a result, the defendants agree that a continuance of the
5 preliminary hearing date will not prejudice either of them because a
6 pre-indictment resolution could result in an overall sentencing
7 exposure that is significantly reduced for each defendant.  All
8 counsel believe a resolution on this case may occur within the next
9 two months.
10     Counsel further stipulate that an exclusion of time from
11 November 17, 2008, to January 9, 2009, is appropriate under the
12 Speedy Trial Act because the government has provided discovery, has
13 additional discovery to provide, and has agreed to draft plea
14 agreements for each defendant.  Once the discovery is provided,
15 counsel for both defendants will need time to review it with their
16 clients.  As a result, counsel for both parties believe time should
17 be excluded under Local Code T4 to allow reasonable time to prepare
18 defense of the case.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.
19
20 DATED: November 17, 2008         /s/Jason Hitt
                                     JASON HITT
21                                   Assistant U.S. Attorney

22 DATED: November 17, 2008         /s/Jason Hitt
                                     JOHN VIRGA, ESQ.
23                                   Counsel for defendant Jesus
                                     GONZALEZ-OCHOA
24                                   Authorized to sign for Mr. Virga
                                     on 11-17-08
25
   DATED: November 17, 2008         /s/Jason Hitt
26                                   RONALD PETERS, ESQ.
                                     Counsel for defendant Maria
27                                   GONZALEZ-OCHOA
                                     Authorized to sign for Mr. Peters
28                                   on 11-17-08

1  Based upon the representations by counsel and the stipulation
2 of the parties, **IT IS HEREBY ORDERED** that:
3  1.   The Court finds good cause to extend the Preliminary
4 Hearing currently set for November 17, 2008, to January 9, 2008, at
5 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
6  2.   Based upon the above representations and stipulation of
7 the parties, the Court further finds that the ends of justice
8 outweigh the best interest of the public and the defendant in a
9 speedy trial.  Accordingly, time under the Speedy Trial Act shall be
10 excluded through January 9, 2009.  18 U.S.C. § 3161(h)(8)(B)(iv);
11 Local Code T4.
12  **IT IS SO ORDERED.**
13 DATED: November 17, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/ochoa0243.stipord