```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS GONZALEZ-OCHOA, and ) <br> MARIA GONZALEZ-OCHOA, ) <br> ) <br> Defendants. ) <br> _____) | Mag. No. 08-mj-0243 EFB <br><br> STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Jesus GONZALEZ-OCHOA, by and through his counsel John Virga, Esq., and defendant Maria GONZALEZ-OCHOA, by and through her counsel Ronald Peters, Esq., and that good cause exists to extend the preliminary hearing currently set for February 12, 2009, at 2:00 p.m. to March 27, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because extensive discovery has been provided to the defense and the parties are engaged in

1

1 talks regarding a pre-indictment resolution of the case against both
2 defendants.  In addition, the government has turned over a CD
3 containing over 1,000 pages of discovery, including bank records.
4 As a result, the defendants agree that a continuance of the
5 preliminary hearing date will not prejudice either of them because a
6 pre-indictment resolution could result in an overall sentencing
7 exposure that is significantly reduced for each defendant.  All
8 counsel believe a resolution on this case may occur within the next
9 two months.
10      Counsel further stipulate that an exclusion of time from
11 February 12, 2009, to March 27, 2009, is appropriate under the
12 Speedy Trial Act because the government has provided extensive
13 discovery and has agreed to draft plea agreements for each
14 defendant.  Counsel for both defendants are reviewing voluminous
15 discovery and need additional time to discuss the discovery with
16 their clients.  As a result, counsel for both parties believe time
17 should be excluded under Local Code T4 to allow reasonable time to
18 prepare defense of the case.  18 U.S.C. § 3161(h)(8)(B)(iv); Local
19 Code T4.

```
DATED: February 12, 2009         /s/Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

DATED: February 12, 2009         /s/Jason Hitt
                                 JOHN VIRGA, ESQ.
                                 Counsel for defendant Jesus
                                 GONZALEZ-OCHOA
                                 Authorized to sign for Mr. Virga
                                 on 02-12-09

DATED: February 12, 2009         /s/Jason Hitt
                                 RONALD PETERS, ESQ.
                                 Counsel for defendant Maria
                                 GONZALEZ-OCHOA
                                 Authorized to sign for Mr. Peters
                                 on 02-12-09
```

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for February 12, 2009, to March 27, 2009, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through March 27, 2009. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

**IT IS SO ORDERED.**

Date: February 12, 2009.

_____
U.S. MAGISTRATE JUDGE