| | |
|---|---|
| 1 | John E. Virga, Esq. (State Bar # 39451) |
| | JOHN E. VIRGA, INC. |
| 2 | A Professional Corporation |
| | 721 Eleventh Street |
| 3 | Sacramento, CA  95814 |
| | Telephone:  (916) 444-6595 |
| 4 | Facsimile:   (916) 444-3318 |

Attorney for Defendant
Jesus Gonzalez-Ochoa

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  08-mj-0243 EFB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME** |
| vs. | |
| JESUS GONZALEZ-OCHOA | Court:   Hon. Edmund F. Brennan |
| MARIA GONZALEZ-OCHOA | Time:    2:00 p.m. |
| | Date:    March 27, 2009 |
| Defendant.                                        / | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Jesus GONZALEZ-OCHOA, by and through his counsel John Virga, Esq., and defendant Maria GONZALEZ-OCHOA, by and through her counsel Ronald Peters, Esq., and that good cause exists to extend the preliminary hearing currently set for March 27, 2009 at 2:00 p.m. to May 8, 2009, pursuant to Federal rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are engaged in talks regarding a pre-indictment resolution of the case against both defendants.   All parties agree that a continuance of the preliminary hearing date will not prejudice either of them because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced for each defendant.  All counsel believe a

resolution on this case may occur within the next two months.

Counsel further stipulate that an exclusion of time from March 27, 2009 to May 8, 2009, is appropriate under the Speedy Trial Act because the government has provided discovery, and has agreed to draft plea agreements for each defendant. As a result counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case. 18 U.S.C. section 3161(h)(8)(B)(iv).

Dated: March 26, 2009

/s/ John Virga
_____
JOHN E. VIRGA
Counsel for defendant Jesus
GONZALEZ-OCHOA

Dated: March 26, 2009

/s/ John Virga
_____
RONALD PETERS
Counsel for defendant Maria
GONZALEZ-OCHOA
Authorized to sign for Mr. Peters on 3/26/09

Dated: March 26, 2009

/s/ John Virga
_____
JASON HITT
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled for March 27, 2009 at 2:00 p.m. is VACATED, and continued until May 8, 2009 at 2:00 p.m. for Preliminary Hearing.

Dated: March 26, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE