```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESUS GONZALEZ-OCHOA, and ) <br> MARIA GONZALEZ-OCHOA, ) <br> ) <br> Defendants. ) <br> _____) | Mag. No. 08-mj-0243 EFB <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Jesus GONZALEZ-OCHOA, by and through his counsel John Virga, Esq., and defendant Maria GONZALEZ-OCHOA, by and through her counsel Ronald Peters, Esq., and that good cause exists to extend the preliminary hearing currently set for May 8, 2009, at 2:00 p.m. to June 11, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because extensive discovery has been provided to the defense and the parties are engaged in

talks regarding a pre-indictment resolution of the case against both defendants. In addition, the government has turned over a CD containing over 1,000 pages of discovery, including bank records. As a result, the defendants agree that a continuance of the preliminary hearing date will not prejudice either of them because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced for each defendant. All counsel believe a resolution on this case may occur within the next two months.

Counsel further stipulate that an exclusion of time from May 8, 2009, to June 11, 2009, is appropriate under the Speedy Trial Act because the government has provided extensive discovery and has agreed to draft plea agreements for each defendant. Counsel for both defendants are reviewing voluminous discovery and need additional time to discuss the discovery with their clients. As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

| | |
|---|---|
| DATED: May 7, 2009 | /s/Jason Hitt<br>JASON HITT<br>Assistant U.S. Attorney |
| DATED: May 7, 2009 | /s/Jason Hitt<br>JOHN VIRGA, ESQ.<br>Counsel for defendant Jesus<br>GONZALEZ-OCHOA<br>Authorized to sign for Mr. Virga<br>on 05-07-09 |
| DATED: May 7, 2009 | /s/Jason Hitt<br>RONALD PETERS, ESQ.<br>Counsel for defendant Maria<br>GONZALEZ-OCHOA<br>Authorized to sign for Mr. Peters<br>on 05-07-09 |

| | |
|---|---|
| 1 | Based upon the representations by counsel and the stipulation |
| 2 | of the parties, **IT IS HEREBY ORDERED** that: |
| 3 | 1.   The Court finds good cause to extend the Preliminary |
| 4 | Hearing currently set for May 8, 2009, to June 11, 2009, at 2:00 |
| 5 | p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); |
| 6 | 2.   Based upon the above representations and stipulation of |
| 7 | the parties, the Court further finds that the ends of justice |
| 8 | outweigh the best interest of the public and the defendant in a |
| 9 | speedy trial. Accordingly, time under the Speedy Trial Act shall be |
| 10 | excluded through June 11, 2009.  18 U.S.C. § 3161(h)(8)(B)(iv); |
| 11 | Local Code T4. |
| 12 | **IT IS SO ORDERED.** |
| 13 | Date:   *May 8, 2009* |

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE