```
LAWRENCE G. BROWN
Acting United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 08-mj-0243 EFB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| JESUS GONZALEZ-OCHOA, and MARIA GONZALEZ-OCHOA, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Jesus GONZALEZ-OCHOA, by and through his counsel John Virga, Esq., and defendant Maria GONZALEZ-OCHOA, by and through her counsel Ronald Peters, Esq., and that good cause exists to extend the preliminary hearing currently set for June 11, 2009, at 2:00 p.m. to July 23, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because extensive discovery has been provided to the defense and the parties are engaged in

1

1 talks regarding a pre-indictment resolution of the case against both
2 defendants.  In addition, the government has turned over a CD
3 containing over 1,000 pages of discovery, including bank records.
4 As a result, the defendants agree that a continuance of the
5 preliminary hearing date will not prejudice either of them because a
6 pre-indictment resolution could result in an overall sentencing
7 exposure that is significantly reduced for each defendant.  All
8 counsel believe a resolution on this case may occur if additional
9 time to continue the preliminary hearing is granted.
10     Counsel further stipulate that an exclusion of time from June
11 11, 2009, to July 23, 2009, is appropriate under the Speedy Trial
12 Act because the government has provided extensive discovery and has
13 agreed to draft plea agreements for each defendant.  Counsel for
14 both defendants are reviewing voluminous discovery and need
15 additional time to discuss the discovery with their clients.  As a
16 result, counsel for both parties believe time should be excluded
17 under Local Code T4 to allow reasonable time to prepare defense of
18 the case.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

19 DATED: June 11, 2009                /s/Jason Hitt
                                       JASON HITT
20                                     Assistant U.S. Attorney

21 DATED: June 11, 2009                /s/Jason Hitt
                                       JOHN VIRGA, ESQ.
22                                     Counsel for defendant Jesus
                                       GONZALEZ-OCHOA
23                                     Authorized to sign for Mr. Virga
                                       on 06-11-09
24
   DATED: June 11, 2009                /s/Jason Hitt
25                                     RONALD PETERS, ESQ.
                                       Counsel for defendant Maria
26                                     GONZALEZ-OCHOA
                                       Authorized to sign for Mr. Peters
27                                     on 06-11-09

28

 1 | Based upon the representations by counsel and the stipulation
 2 | of the parties, **IT IS HEREBY ORDERED** that:
 3 |     1.   The Court finds good cause to extend the Preliminary
 4 | Hearing currently set for June 11, 2009, to July 23, 2009, at 2:00
 5 | p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);
 6 |     2.   Based upon the above representations and stipulation of
 7 | the parties, the Court further finds that the ends of justice
 8 | outweigh the best interest of the public and the defendant in a
 9 | speedy trial.  Accordingly, time under the Speedy Trial Act shall be
10 | excluded through July 23, 2009.  18 U.S.C. § 3161(h)(8)(B)(iv);
11 | Local Code T4.
12 | **IT IS SO ORDERED.**
13 | Date:  June 11, 2009.

_____
U.S. MAGISTRATE JUDGE