```
LAWRENCE G. BROWN
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-mj-0243 EFB |
| Plaintiff, | |
| v. | SECOND AMENDED STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| JESUS GONZALEZ-OCHOA, and MARIA GONZALEZ-OCHOA, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Jesus GONZALEZ-OCHOA, by and through his counsel John Virga, Esq., and defendant Maria GONZALEZ-OCHOA, by and through her counsel Ronald Peters, Esq., and that good cause exists to extend the preliminary hearing currently set for August 26, 2009, at 2:00 p.m. to September 23, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because extensive discovery has been provided to the defense and the parties are engaged in

1

talks regarding a pre-indictment resolution of the case against both defendants.  In addition, the government has turned over a CD containing over 1,000 pages of discovery, including bank records.  As a result, the defendants agree that a continuance of the preliminary hearing date will not prejudice either of them because a pre-indictment resolution could result in overall sentencing exposure that is significantly reduced for each defendant.  All counsel believe a resolution on this case may occur if additional time to continue the preliminary hearing is granted.

    The parties stipulate that the ends of justice are served by the Court excluding time from August 26, 2009, to September 23, 2009, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs additional time to continue discussions with the government regarding resolution of the case against each defendant, reviewing the voluminous discovery in the case, effectively evaluate the posture of the case and potentially prepare for trial, and conduct further investigation into mitigation of each defendant's federal sentencing exposure in this case.  Id.  For these reasons, the defendants, each defense counsel, and the government stipulate and agree that the interests of justice served by granting this

/ / /
/ / /
/ / /
/ / /
/ / /

1  continuance outweigh the best interests of the public and the
2  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); Local Code
3  T4.
4
5  DATED: August 26, 2009          /s/Jason Hitt
                                   JASON HITT
6                                  Assistant U.S. Attorney
7  DATED: August 26, 2009          /s/Jason Hitt
                                   JOHN VIRGA, ESQ.
8                                  Counsel for defendant Jesus
                                   GONZALEZ-OCHOA
9                                  Authorized to sign for Mr. Virga
                                   on 08-26-09
10
11 DATED: August 26, 2009          /s/Jason Hitt
                                   RONALD PETERS, ESQ.
12                                 Counsel for defendant Maria
                                   GONZALEZ-OCHOA
13                                 Authorized to sign for Mr. Peters
                                   on 08-26-09
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for August 26, 2009, to September 23, 2009, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from August 26, 2009, up to and including September 23, 2009.

**IT IS SO ORDERED.**

DATED: August 26, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/ochoa0243.stipord(2)