```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JESUS GONZALEZ-OCHOA, and<br>MARIA GONZALEZ-OCHOA,<br><br>          Defendants. | Mag. No. 2:08-mj-0243 EFB<br><br>STIPULATION AND<br>ORDER CONTINUING<br>PRELIMINARY HEARING AND<br>EXCLUDING TIME |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Jesus GONZALEZ-OCHOA, by and through his counsel John Virga, Esq., and defendant Maria GONZALEZ-OCHOA, by and through her counsel Ronald Peters, Esq., and that good cause exists to extend the preliminary hearing currently set for September 23, 2009, at 2:00 p.m. to October 21, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

    Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d) because extensive discovery has been provided to the defense and the parties are engaged in

1

1 talks regarding a pre-indictment resolution of the case against both
2 defendants.  In addition, the government has turned over a CD
3 containing over 1,000 pages of discovery, including bank records.
4 As a result, the defendants agree that a continuance of the
5 preliminary hearing date will not prejudice either of them because a
6 pre-indictment resolution could result in overall sentencing
7 exposure that is significantly reduced for each defendant.  All
8 counsel believe a resolution on this case may occur if additional
9 time to continue the preliminary hearing is granted.
10     The parties stipulate that the ends of justice are served by
11 the Court excluding time from September 23, 2009, to October 21,
12 2009, so that counsel for each defendant may have reasonable time
13 necessary for effective preparation, taking into account the
14 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).
15 Specifically, the defense agrees that it needs additional time to
16 continue discussions with the government regarding resolution of the
17 case against each defendant, reviewing the voluminous discovery in
18 the case, effectively evaluate the posture of the case and
19 potentially prepare for trial, and conduct further investigation
20 into mitigation of each defendant's federal sentencing exposure in
21 this case.  Id.  For these reasons, the defendants, each defense
22 counsel, and the government stipulate and agree that the interests
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: September 23, 2009          /s/Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney

DATED: September 23, 2009          /s/Jason Hitt
                                   JOHN VIRGA, ESQ.
                                   Counsel for defendant Jesus
                                   GONZALEZ-OCHOA
                                   Authorized to sign for Mr. Virga
                                   on 09-22-09

DATED: September 23, 2009          /s/Jason Hitt
                                   RONALD PETERS, ESQ.
                                   Counsel for defendant Maria
                                   GONZALEZ-OCHOA
                                   Authorized to sign for Mr. Peters
                                   on 09-22-09

3

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for September 23, 2009, to October 21, 2009, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendants in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from September 23, 2009, up to and including October 21, 2009.

3. **The court further finds, however, that the defendants have been in custody on the complaint for over a year, and that the preliminary examination/indictment has been deferred on at least eleven occasions over the past, approximate year and a third. No further extensions of time for the preliminary examination, or tolling of the Speedy Trial Act for the time in which to return an indictment will be granted.**

**IT IS SO ORDERED.**

Date: September 24, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

gonzalez-ochoa.eot