John E. Virga, Esq.  (State Bar # 39451)
**JOHN E. VIRGA, INC**.
A Professional Corporation
721 Eleventh Street
Sacramento, CA  95814
Telephone:  (916) 444-6595
Facsimile:   (916) 444-3318

Attorney for Defendant
Jesus Gonzalez-Ochoa

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  08-mj-0243 KJM |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME** |
| vs. | |
| JESUS GONZALEZ-OCHOA and MARIA GONZALEZ-OCHOA | Court: Hon. Kimberly J. Mueller<br>Time:  2:00 p.m.<br>Date:  October 21, 2009 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Jesus Gonzalez-Ochoa, by and through his counsel John Virga, Esq., and defendant Maria Gonzalez-Ochoa, by and through her counsel Ronald Peters, Esq., and that good cause exists to extend the preliminary hearing currently set for October 21, 2009 at 2:00 p.m. to November 18, 2009, pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are engaged in talks regarding a pre-indictment resolution of the case against both defendants.   All parties agree that a continuance of the preliminary hearing date will not prejudice either of them because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced for each defendant.  All counsel believe a

1 resolution on this case may occur within the next two months.

2       Counsel further stipulate that an exclusion of time from October 21, 2009 to November 18, 2009, is appropriate under the Speedy Trial Act because the government has provided discovery, and has agreed to draft plea agreements for each defendant.  As a result counsel for both parties believe time should be excluded under Local Code T4 to allow reasonable time to prepare defense of the case.  18 U.S.C. section 3161(h)(8)(B)(iv).

Dated:  October 20, 2009

                /s/ John Virga
_____
JOHN E. VIRGA
Counsel for defendant Jesus
Gonzalez-Ochoa

Dated:   October 20, 2009      /s/ John Virga
_____
RONALD PETERS
Counsel for defendant Maria
Gonzalez-Ochoa
Authorized to sign for Mr. Peters on 10/20/09

Dated:  October 20, 2009
                /s/ John Virga
_____
JASON HITT
Assistant United States Attorney
Authorized to sign for Mr. Hitt on 10/20/09

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

[1]  The Preliminary Hearing currently scheduled for October 21, 2009 at 2:00 p.m. is VACATED, and continued until November 18, 2009 at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

[2]  The Court further finds that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through November 18, 2009.

Dated: October 20, 2009.

_____
U.S. MAGISTRATE JUDGE