John E. Virga, Esq. (State Bar # 39451)
**JOHN E. VIRGA, INC.**
A Professional Corporation
721 Eleventh Street
Sacramento, CA 95814
Telephone: (916) 444-6595
Facsimile: (916) 444-3318

Attorney for Defendant
Jesus Gonzalez-Ochoa

FILED
NOV 17 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 08-mj-0243 DAD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| vs. | |
| JESUS GONZALEZ-OCHOA and MARIA GONZALEZ-OCHOA | Court: Hon. Dale A. Drozd<br>Time: 2:00 p.m.<br>Date: November 18, 2009 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, counsel for the plaintiff United States of America, and defendant Jesus Gonzalez-Ochoa, by and through his counsel John Virga, Esq., and defendant Maria Gonzalez-Ochoa, by and through her counsel Ronald Peters, Esq., and that good cause exists to extend the preliminary hearing currently set for November 18, 2009, at 2:00 p.m. to December 16, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because discovery has been provided to the defense and the parties are engaged in talks regarding a pre-indictment resolution of the case against both defendants. All parties agree that a continuance of the preliminary hearing date will not prejudice either of them because a pre-indictment resolution could result in an overall sentencing exposure that is significantly reduced for each defendant. All counsel believe a

- 1 -

1  resolution on this case may occur within the next month.

2        Counsel further stipulate that an exclusion of time from November 18, 2009,
3  to December 16, 2009 is appropriate under the Speedy Trial Act because the government has
4  provided discovery, and has agreed to draft plea agreements for each defendant. As a result
5  counsel for both parties believe time should be excluded under Local Code T4 to allow
6  reasonable time to prepare defense of the case. 18 U.S.C. section 3161(h)(8)(B)(iv).

7  Dated: November 17, 2009.

/s/ John E. Virga

JOHN E. VIRGA
Counsel for defendant Jesus Gonzalez-Ochoa

Dated:  November 17, 2009.

/s/ John E. Virga

RONALD PETERS
Counsel for defendant Maria Gonzalez-Ochoa
Authorized to sign for Mr. Peters on 11/17/09

Dated: November 17, 2009.

/s/ John E. Virga

JASON HITT
Assistant United States Attorney
Authorized to sign for Mr. Hitt on 11/17/09

# ORDER

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

[1]   The Preliminary Hearing currently scheduled for November 18, 2009, at 2:00 p.m. is VACATED, and continued until December 16, 2009, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

[2]   The Court further finds that the ends of justice outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through December 16, 2009.

Dated: 11/17/09

*/s/ Dale A. Drozd*

Honorable DALE A. DROZD
United States Magistrate Judge
Eastern District of California